United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 14, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-10751
c/w No. 04-10753
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUL AGUERO-ROJAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-12-ALL-H
--------------------

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD) appointed to represent Raul Aguero-Rojas (Aguero) has requested leave to withdraw and has filed briefs as required by Anders v. California, 386 U.S. 738 (1967). Aguero was notified of the FPD's motion and has not filed a response. Our independent review of the briefs and the record discloses no nonfrivolous issues for appeal. Accordingly, the FPD's motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities, and Aguero's appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.